**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7447**

ALEXANDER HARRIS,

Plaintiff - Appellant,

v.

SGT. JACKSON, River North Correctional Center; OFFICER LOWE, River North Correctional Center; S. WILLIAMS, Officer, River North Correctional Center; MEADOWS, Officer, River North Correctional Center; MORGAN, K-9 Officer, River North Correctional Center,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James P. Jones, District Judge. (7:17-cv-00147-JPJ-PMS)

Submitted: April 22, 2021                          Decided: April 27, 2021

Before GREGORY, Chief Judge, AGEE, Circuit Judge, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Alexander Harris, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander Harris, a Virginia inmate, appeals the district court's orders accepting the magistrate judge's recommendations to (1) dismiss with prejudice Harris' 42 U.S.C. § 1983 complaint for failure to exhaust his administrative remedies;[*] and (2) deny Harris' postjudgment motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Harris v. Jackson*, No. 7:17-cv-00147-JPJ-PMS (W.D. Va. Apr. 30, 2020 & Aug. 24, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The magistrate judge made the findings of fact relevant to this ruling after conducting an extensive hearing, which the district court construed as a bench trial.